Commonwealth ex rel. Griggs *v.* Griggs,
Appellant.

Submitted December 8, 1971. *Samuel Dashiell,*
for appellant; *S. Allen Needleman,* and *Needleman, Needleman, Tabb & Eisman,* for appellee.
Order affirmed.

Commonwealth ex rel. Krimsky, Appellant,
*v.* Krimsky.

Argued December 9, 1971. *Nochem S. Winnet,* with him *Fox, Rothschild, O'Brien & Frankel,* for appellant; *I. Raymond Kremer,* for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

HOFFMAN, J., took no part in the consideration or decision of this case.

Commonwealth ex rel. Link *v.* Link,
Appellant.

Argued December 7, 1971. *William E. Eimer,* with him *Liederbach, Eimer & Foy,* for appellant; no oral argument was made nor brief submitted for appellee.
Order affirmed.